JS-6



FILED
CLERK, U.S. DISTRICT COURT
July 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TERRY ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY; and DOES 1 to 50,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-5139 SJO (SKx)<br><br>[Assigned to Hon. S. James Otero, Courtroom "10C"]<br><br>**ORDER ON STIPULATION TO DISMSISS ALL CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

PURSUANT TO THE STIPULATION OF THE PARTIES:

1.　　Plaintiff TERRY ALEXANDER dismisses, **with prejudice**, the above-captioned action *Terry Alexander v. Los Angeles County*, Case No. 2:18-cv-5139 SJO (SKx) and all causes of action set forth therein against defendant COUNTY OF LOS ANGELES.

/ / /

/ / /

/ / /

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 30, 2018

*S. James Otero*

UNITED STATES DISTRICT COURT
JUDGE S. JAMES OTERO

**Submitted by:**

HURRELL CANTRALL LLP


By: /s ASHLEY S. FEDER
THOMAS C. HURRELL
ASHLEY S. FEDER
Attorneys for Defendant COUNTY OF LOS ANGELES